KUETER, Appellant, v. McFARLAND, County Treasurer of
Minnehaha County, Respondent.

(207 N. W. 984.)

(File No. 5815.   Opinion filed March 12, 1926.)

Appeal from Circuit Court, Minnehaha County; Hon. Her-
bert B. Rudolph, Judge.

*Mundt & Mundt,* of Sioux Falls, for Appellant.
*Hugh S. Gamble* and *Lucius J. Wall,* both of Sioux Falls, for
Respondent.

CAMPBELL, J.   Petitioner sought mandamus to compel de-
fendant to issue tax receipts, and appeals to this court from an
order sustaining the defendant's demurrer to the petition.

The order appealed from is affirmed on the authority of
Scheafer v. McFarland, 49 S. D. 605, 207 N. W. 982, this day
decided.